**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7807**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

TAWAN ANTONIO CAMPBELL,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge. (CR-96-65-S, CA-01-1918-S)

---

Submitted: January 17, 2002          Decided: January 29, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Tawan Antonio Campbell, Appellant Pro Se. James G. Warwick, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tawan Antonio Campbell seeks to appeal the district court's order denying his motion filed under 18 U.S.C.A. § 3582(c)(2) (West 2000), and construed by the district court as a successive motion for relief under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Campbell, Nos. CR-96-65-S; CA-01-1918-S (D. Md. filed Oct. 10, 2001; entered Oct. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED